UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWON C. TAYLOR,

                              Plaintiff,

          -against-

BRONX PARENT HOUSING NETWORK, et al.,

                              Defendants.

1:21-cv-04890 (JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

The Court has been informed that Plaintiff and Defendants Bronx Parent Housing Network and Victor Rivera have reached a settlement in principle in this case.  ECF No. 51. Accordingly, it is hereby ORDERED that this action is DISMISSED *as to Bronx Parent Housing Network and Victor Rivera only* without costs and without prejudice to the right to reopen the action **within thirty days** of the date of this Order if the settlement is not consummated.  All pending motions, deadlines, and conferences as to Bronx Parent Housing Network and Victor Rivera are adjourned and closed, including ECF 49.  The case shall remain OPEN.

Plaintiff and Defendant City of New York shall, by **October 28, 2022**, file a joint letter stating whether Plaintiff intends to voluntarily dismiss, settle, or continue prosecuting this action as to the City of New York.  If Plaintiff intends to continue prosecuting this action against the City of New York, Plaintiff and the City of New York shall inform the Court as to proposed next steps, including a proposed briefing schedule for the City of New York's anticipated motion to dismiss.

Dated:  October 18, 2022
         New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge