

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Hon. Sylvia O. Hinds-Radix**
*Corporation Counsel*

**Noah Potter**
*Special Assistant Corporation Counsel*
Phone: (917) 754-4875
Fax: (888) 308-1471
Email: npotter@law.nyc.gov

January 19, 2023

**By ECF**
Judge Jennifer L. Rochon
United States District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

    Re: *Taylor v. Bronx Parent Housing Network et al.* 21-cv-04890 (JLR)

Dear Judge Rochon:

   I am a Special Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant City of New York (the "City") in the above-referenced action. On January 9, 2023, I filed a reply memorandum of law on behalf of the City, that omitted the cover page (including the caption, title of the document, and identification of counsel. *See* ECF Dkt No. 65. After realizing that error, a few minutes afterwards on that date, I filed a corrected version of that document. *See* ECF Dkt No. 66. After calling the Quality Assurance unit of the Clerk's Office, I was advised that the only way to remove the erroneous version of the document from the docket is to obtain a court order. Accordingly, I respectfully request that Your Honor issue an order permitting the Clerk's Office to remove the City's reply memorandum of law at ECF Dkt No. 65.

   I apologize to the Court for this error and the need to seek the Court's intervention on this issue.

                   Respectfully submitted,
                    /s/ *Noah Potter*
                    Noah Potter
                    Special Assistant Corporation Counsel

Request **GRANTED** in part.  The Court may strike the erroneous filing but not remove it from the docket.  Accordingly, the Clerk of Court is hereby directed to **STRIKE** ECF No. 65.

Dated:  February 6, 2023
    New York, New York

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge